# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAKSIM MOSHE NEYMAN,<br><br>             Plaintiff,<br><br>     v.<br><br>KEN CLARK,<br><br>             Defendant.<br>_____/ | CASE NO. 1:08-cv-01514-SMS PC<br><br>ORDER STRIKING UNSIGNED AMENDED COMPLAINT, AND DIRECTING PLAINTIFF TO FILE SIGNED AMENDED COMPLAINT WITHIN THIRTY DAYS<br><br>(Doc. 7) |

Plaintiff Maksim Moshe Neyman ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On October 31, 2008, Plaintiff filed an amended complaint in compliance with the Court's order of October 17, 2008. However, the amended complaint is not signed.

The Court cannot consider unsigned filings. Local Rule 7-131; Fed. R. Civ. P. 11(a). The amended complaint is HEREBY STRICKEN from the record, and Plaintiff is directed to file a an amended complaint bearing his signature within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

Dated:    November 3, 2008                        /s/ Sandra M. Snyder
                                                                    UNITED STATES MAGISTRATE JUDGE

1